UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:15-CR-27 RLM |
| | ) | |
| WILLIAM J. HERROON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 3, 2015 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant William Herroon's plea of guilty, and FINDS the defendant guilty of violating 18 U.S.C. § 2250(a), as charged in the Indictment.

SO ORDERED.

ENTERED:   August 18, 2015

                                           /s/ Robert L. Miller, Jr.
                                       Judge
                                       United States District Court